1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE WARNER,                        No. CIV S-08-1149 MCE CMK P

12              Plaintiff,

13       vs.                              FINDINGS & RECOMMENDATIONS

14   M. McMAHON, et al.,

15              Defendants.

16   _____/

17              Plaintiff is a state prisoner proceeding pro se.  Plaintiff's complaint was filed with

18   the court on May 27, 2008.  The court's records reveal that on May 23, 2008, plaintiff filed a

19   complaint containing identical allegations against the same defendants.  (See Case No. Civ. S-08-

20   1144 FCD GGH ).[1]   Due to the duplicative nature of the present action, the court will

21   recommend that it be dismissed.

22   / / /

23   / / /

24   / / /

25   _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1      In accordance with the above, IT IS HEREBY RECOMMENDED that this action

2  be dismissed as duplicative of Civ. S-08-1144 FCD GGH.

3      These findings and recommendations are submitted to the United States District

4  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

7  Findings and Recommendations."  Failure to file objections within the specified time may waive

8  the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9

10  DATED: June 26, 2008

11

12                                          CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26